**Michael Gray GODFREY, Plaintiff–Appellant,**

v.

**Dr. LONG; Discharge Nurse Mike, Central Prison; Head Nurse, Lumberton Correctional Center, Defendants–Appellees.**

No. 12–6168.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Michael Gray Godfrey, Appellant Pro Se. Jaye E. Bingham–Hinch, Kari Russwurm Johnson, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina; Elizabeth Pharr McCullough, Kelly Elizabeth Street, Young, Moore & Henderson, PA, Raleigh, North Carolina; Kimberly D. Grande, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gray Godfrey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Godfrey v. Long,* No. 5:10–ct–03105–BO, 2012 WL 43593 (E.D.N.C. Jan. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*